UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|                          |   |                    |
|--------------------------|---|--------------------|
| EXETER TOWNSHIP,         | : |                    |
|    Plaintiff, | : |                |
|                          | : |                    |
| v.                       | : | No. 5:18-cv-01723  |
|                          | : |                    |
| ERIC GARDECKI,           | : |                    |
|    Defendant. | : |                |

## **O R D E R**

**AND NOW**, this 14th, day of December, 2018, upon consideration of Plaintiff's Complaint, ECF No. 1; Defendant's Motion to Dismiss for Failure to State a Claim, ECF No. 4; and Plaintiff's Response to Defendant's Motion to Dismiss, ECF No. 5, and for the reasons set forth in the accompanying Opinion, **IT IS ORDERED** that:

1. Defendant's Motion to Dismiss for Failure to State a Claim, ECF No. 4, is **GRANTED**.

2. Plaintiff is granted leave to file an Amended Complaint with respect to Counts I, II, and V **no later than January 4, 2019**.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The Court does not grant leave to amend on Counts III and IV because, as a matter of law, electronic files at issue in this case are not "chattels" under Pennsylvania law, and amendment would be futile.